IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA ALLEN              *
                         *
                         *
    v.                   *      Civil No. JFM-10-2021
                         *
KENDALL RIDGE APARTMENTS, ET AL.  *
              ******

ORDER

For the reasons stated in the accompanying memorandum, it is, this 19th day of October 2010

ORDERED

1. Defendant's motion to dismiss is treated as one for summary judgment and, as such, is granted; and

2. Judgment is entered in favor of defendants against plaintiff.

_____/s/_____
J. Frederick Motz
United States District Judge

1